THE STATE OF IOWA, Appellee, v. JACOB C. WAGNER, Appellant.

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

FRIDAY, MAY 26, 1893.

INDICTMENT for a nuisance.    Judgment of conviction, from which the defendant appealed.—*Affirmed.*

No appearance for appellant, and the cause was submitted on a partial transcript of the record below.

BY THE COURT.—The transcript, aside from a copy of the indictment, contains no part of the record of the proceedings before verdict.   It shows that a motion in arrest of judgment and for a new trial was overruled, but neither the motion nor the grounds thereof are set out.   So far as the record discloses, the proceedings leading to the judgment are valid, and the judgment is AFFIRMED.

---

THE STATE OF IOWA, Appellee, v. JACOB C. WAGNER, Appellant.

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

FRIDAY, MAY 26, 1893.

No appearance for appellant.

*John Y. Stone*, Attorney General, for the State.

BY THE COURT.—It appears from a transcript in this case that the defendant appealed to this court from a judgment imposing a fine upon him of three hundred dollars and attorneys' fees and costs, upon a charge of keeping and maintaining a nuisance by the sale of intoxicating liquors. An examination of the transcript discloses no error in the proceedings in the court below, and the judgment is AFFIRMED.